UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO CARMICHAELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:07CV1625(JCH) |
| ) | |
| FEDERAL COURT'S CLERK'S OFFICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Due to conflict of interest, this Court hereby recuses itself from this case. This case will be reassigned to another Judge.

Dated this 19th day of September, 2007.

          \s\ Jean C. Hamilton
         UNITED STATES DISTRICT JUDGE