IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RICARDO CARMICHAELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV1625 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL COURT CLERK'S OFFICE; | ) | ORDER |
| STATE OF MISSOURI; ST. LOUIS | ) | |
| POLICE DEPARTMENT; BRAD DEDE | ) | |
| HOWELLETT, CHARLES SHAW; | ) | |
| JAMES KNAPPENBERG; TEEMOBIL | ) | |
| PHONE CO., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to proceed without prepayment of costs (Filing No. 2) and motion for appointment of counsel (Filing No. 4). A plaintiff seeking to proceed *in forma pauperis* -- that is, without prepayment of fees or costs -- must file an affidavit that contains a statement of all the assets the plaintiff possesses. 28 U.S.C. § 1915(a). Plaintiff shall submit such an affidavit on or before January 4, 2008. Absent a showing of the plaintiff's indigent status, his motions will be denied.

In addition, the Court has conducted a preliminary review of the complaint and finds that it is unclear from the complaint what claims the plaintiff is alleging. Accordingly, the Court will grant plaintiff leave to amend his complaint on or before January 4, 2008, to clarify which causes of action he is asserting against each named defendant.

IT IS ORDERED that the plaintiff has until on or before January 4, 2008, to amend his complaint and to submit an affidavit containing a statement of all the assets he possesses.

DATED this 4th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court