```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                      EASTERN DISTRICT OF MISSOURI

RICARDO CARMICHAELL,              )
                                  )
            Plaintiff,            )       4:07CV1625
                                  )
      v.                          )
                                  )
FEDERAL COURT CLERK'S OFFICE;     )    MEMORANDUM OPINION
STATE OF MISSOURI; ST. LOUIS      )
POLICE DEPARTMENT; BRAD DEDE      )
HOWELLETT, CHARLES SHAW;          )
JAMES KNAPPENBERG; TEEMOBIL       )
PHONE CO.,                        )
                                  )
            Defendants.           )
_____)
```

This matter is before the Court on the following seven pleadings:

> Filing No. 10 - petition to amend and clarify evidence to support above style cause and the reopening of previous cause due to now parties above forged my holly bible and all that exist and denies my 1st amendment right also through frogery and fraud;
>
> Filing No. 11 - petition of evidence, to enlighten court, with respect to court order, in order to proceed without forgery and fowel play to my petition's motion and entire cause thereof to with within of truth;
>
> Filing No. 12 - petition for attachment of evidence to cause, whereof towith The validity has and will be challenged by forgery and faurdulent changes to By the defendants and parties who's fingerprints may be on attachments; Within above and below of entire

> litigation under the plenty of
> purgery;
>
> Filing No. 13 - petition of proof
> of interferrence through criminal
> activity in existence from time of
> civil trial preperation and is
> ongoing;
>
> Filing No. 14 - petition of request
> for evidence;
>
> Filing No. 15 - petition for courts
> records, state and federal and
> attachment of proof of evidence.
>
> Filing No. 16 - petition of
> evidence of continued forgery and
> harassment to change legal working,
> as to deminish the validaity of
> case CV4:07 1625; which ties all
> other cause.

(Errors in originals.)

Pursuant to 28 U.S.C. § 1915A, the Court has reviewed each of these documents. They are incomprehensible and, either singularly or collectively, fail to comply with this Court's order of December 4, 2007 (Filing No. 9), are frivolous and fail to state a claim upon which relief may be granted. Accordingly, plaintiff's complaint will be dismissed without prejudice. Plaintiff has also failed to file an affidavit in support of his application to proceed *in forma pauperis* and his application to

so proceed will be denied without prejudice.  All other pending motions will be denied as moot.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 13th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court