IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RICARDO CARMICHAELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV1625 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL COURT CLERK'S OFFICE; | ) | ORDER AND JUDGMENT |
| STATE OF MISSOURI; ST. LOUIS | ) | |
| POLICE DEPARTMENT; BRAD DEDE | ) | |
| HOWELLETT, CHARLES SHAW; | ) | |
| JAMES KNAPPENBERG; TEEMOBIL | ) | |
| PHONE CO., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's application to proceed *in forma pauperis* (Filing No. 2) is denied without prejudice;

2) All other pending motions are denied as moot;

3) This action is dismissed without prejudice.

DATED this 13th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court